# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DISTRICT

| | | |
|---|---|---|
| GWENDOLYN BROWN, as mother and next friend of AB, a minor, | ) ) ) | |
| | ) | Case No. 18 CV 08011 |
| Plaintiff, | ) ) | |
| | ) | Judge Blakey |
| v. | ) ) | |
| | ) | Magistrate Judge Kim |
| | ) | |
| OFFICER S. BRYANT (STAR# 4142) and the CITY OF CHICAGO | ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 6, 2022, I filed through the Northern District of Illinois ECF Electronic Filing the attached, **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**.

Respectfully submitted,

/s/ Jon Erickson

Erickson & Oppenheimer, Ltd.
223 W. Jackson, Suite 200
Chicago, IL 60606
312-327-3370